UNITED STATES DISTRICT COURT
DISTICT OF KANSAS

CASE NO.: 14-2629

LISA JANE BAKER

        Petitioner,

v.

DAVID BAKER

        Respondent.

## SHOW CAUSE ORDER

**The Convention on the Civil Aspects of International Child Abduction, done at The Hague on October 25, 1980; International Child Abduction Remedies Act, 22 U.S.C. 9001 et seq.**

Before the Court is the Verified Petition for Return of Children to England and Issuance of Show Cause Order. This Order addresses only the Petitioner's request for a Show Cause Order and makes no determination as to the merits of the Verified Petition for Return. Upon considering the Verified Petition, the Convention and ICARA, on this 23 day of December, 2014, it is hereby **ORDERED**:

1. That David Baker (the "Respondent") is prohibited from removing the minor children, A.E.B., born in 2003, and M.A.B., born in 2007, or causing the minor children to be removed from the jurisdiction of this Court pending final disposition of the above-referenced Verified Petition.

2. That the Respondent shall appear before this Court on the 6th day of January, at 2:30pm a.m./p.m. in Courtroom 463 of the United States District Court for the District of Kansas, 500 State Avenue, Kansas City, Kansas 66101 with the minor children, A.E.B., born in 2003, and M.A.B., born in 2007, and with any

1

and all passports and travel documents for the minor children and the Respondent, for an initial hearing so that a date may be set for an expedited hearing on the merits of the Verified Petition for Return of the Children to England. The Respondent may appear with or without counsel.

3. That if the Respondent either fails to appear on the __6th__ day of __January__ at __2:30 pm__ a.m./p.m. with the minor children and with the aforementioned passports and travel documents, or removes the minor children or causes the minor children to be removed from the jurisdiction of this Court, the Court shall issue a warrant for the arrest of the Respondent and appearance for a contempt hearing.

4. That a copy of this Order, and a copy of the Verified Petition for Return of the Children to England, together with all attachments and all other filings, shall be served on or before the __31st__ day of __December__, 2014 upon the Respondent or upon Albert E. Grauberger, the Respondent's attorney of record in the District Court of Wyandotte County, Kansas, forthwith by private process.

Date: __12/23/14__

s/ Carlos Murguia
United States Judge
United States District Court for the
District of Kansas

2